UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | No. 2:19-cv-1467-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. CHAPPUIS, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 19, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 19, 2020, are adopted in full;

    2. Plaintiff's application to proceed in forma pauperis (ECF Nos. 5, 7, 9) is denied; and

3. Plaintiff is ordered to pay the $400 filing fee within fourteen days from the date of this order, and is warned that failure to do so will result in the dismissal of this action.

Dated: April 27, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE