UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | No. 2:19-cv-1467-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| M. CHAPPUIS, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On April 27, 2020, the Court denied plaintiff's application for leave to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff fourteen days within which to pay the $400 filing fee for this action. ECF No. 13. Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. Id. Plaintiff has not paid the fee or otherwise responded to the order.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  May 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE