UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. CHAPPUIS,<br><br>　　　　　　Defendant. | No.  2:19-cv-1467-WBS-EFB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff filed this section 1983 action on July 26, 2019 and sought leave to proceed in forma pauperis ("IFP").  *See* ECF Nos. 5, 7, & 9.  The court recommended that his application to proceed IFP be denied because it determined that plaintiff was a "three-striker" within the meaning of 28 U.S.C. § 1915(g).  ECF No. 12.  Plaintiff did not file objections to those recommendations, and they were adopted by the district judge.  ECF No. 13.  Plaintiff was directed to pay the four-hundred dollar filing fee within fourteen days or face dismissal of this action.  *Id.*  Plaintiff failed to submit the fee (or any other filing) during the requisite time period and, on May 21, 2020, the district judge dismissed this action.  ECF Nos. 14 & 15.  Shortly thereafter, on the same day, plaintiff filed a "motion to review in forma pauperis status" which the court construes as a motion for reconsideration.  ECF No. 16.  The motion must be denied.

/////

/////

1

## Legal Standards

Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the district court. Rule 60(b) permits a district court to relieve a party from a final order or judgment for:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that with reasonably diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason justifying relief from the operation of the judgment.

Fed. R. Civ. P. 60(b). A motion under Rule 60(b) must be made within a reasonable time, and for reasons (1), (2), and (3), no more than a year after the entry of the judgment or order or the date of the proceeding. Fed. R. Civ. P. 60(c)(1).

## Analysis

Plaintiff's motion for reconsideration is a single page. ECF No. 16. He offers neither legal argument nor any contention that he is not a "three-striker." Instead, he contends that, the district judge – whom he mistakenly refers to as the magistrate judge – erred when he indicated that no objections had been filed in adopting the March 19, 2020 findings and recommendations. *See* ECF No. 13. He claims that he sent his objections on an unspecified date before he left Pelican Bay State Prison. ECF No. 16 at 1. Nevertheless, a review of the docket indicates that those objections never reached the court. They are not on the docket and the court cannot hazard to guess as to why they failed to arrive or what their content might have been. Thus, this motion for reconsideration should be denied. This decision does not preclude the filing of a more substantive motion for reconsideration which argues why plaintiff should be allowed to proceed in forma pauperis.[1]

/////

---

[1] Plaintiff is cautioned that this notation is not in any way an indication of how any subsequent motion would be decided.

Thus, it is RECOMMENDED that plaintiff's motion for review of in forma pauperis status (ECF No. 16) be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 16, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE